Bruce KILGORE, Appellant,

v.

STATE of Missouri; Michael Bowersox, individually and in his official capacity; Joseph Warzycki, Prosecuting Attorney, individually and in his official capacity, Appellees.

No. 99–2549EMSL.

United States Court of Appeals, Eighth Circuit

June 15, 1999.

JUDGMENT

Bruce Kilgore has appealed the District Court's June 11, 1999 judgment dismissing his 42 U.S.C. Section 1983 complaint. The court has carefully reviewed the parties' pleadings, and the District Court's judgment is summarily affirmed. See 8th Cir. R. 47A(a).

Kilgore's motion for a stay of execution of a sentence of death is denied.